UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEOFILO HERNANDEZ | Civil Cause No.: |
|     Plaintiff | Section: E |
| V. | |
| | Magistrate: 2 |
| APPLEBEE'S RESTAURANTS LLC | *Div. Juris. 28 U.S.C. § 1332* |
|     Defendant | |

**COMPLAINT FOR DAMAGES**
_____

**COMES NOW,** Teofilo Hernandez, Plaintiff who file this Original Complaint for Damages against, APPLEBEE'S RESTAURANTS LLC. Defendant and shows this Court the following:

**Statement of Subject Matter Jurisdiction**

Plaintiff, Teofilo Hernandez is a person of full age and majority domiciled in Fort Worth, Texas. Plaintiff allege acts of negligence against;

Defendant, APPLEBEE'S RESTAURANTS LLC. a foreign corporation founded and incorporated in the **State of California,** and thus pursuant to 28 U.S.C., 1332, there exist diversity of citizenship of the parties. and assumed all the liabilities, debts, and obligations of the and upon information and belief owns the Applebee's Grill and Bar, located at 6301 Lake Worth Blvd, Fort Worth, Texas 76135.

Additionally, the amount in controversy as to each party in this matter exceeds the jurisdictional limits of this Honorable Court of $75,000.00. This Honorable Court has subject matter jurisdiction over this claim.

Federal Jurisdiction and Venue Defendant,

APPLEBEE'S RESTAURANTS LLC. is subject to the personal jurisdiction of this Court as said defendant corporation is registered to do business and are doing business in the State of Texas, and may be served as follows: Through its Agent for Service of Process: UNITED STATES CORP SYSTEM, 211 E 7th Street, Suite 620 Austin, Texas 78701

Moreover, Defendant registered agents for service of Process are in Travis County, Texas a place within the territorial confines the United States District Court for the Northern District of Texas. Venue is proper as the events giving rise to the claim occurred on December 25, 2019, at the Defendant property, the Applebee's Grill and Bar, located at 6301 Lake Worth Blvd, Fort Worth, Texas 76135. Thus, venue is Proper in the United States District Court for the Northern District of Texas.

## COUNT 1

Plaintiff alleges premises liability against Defendant, APPLEBEE'S RESTAURANTS LLC. are made, a Defendant herein for the following reasons to wit:

**1**

On or about December 25, 2019 Plaintiff, Teofilo Hernandez, was a lawful invitee as a patron at the Applebee's Grill and Bar, located at 6301 Lake Worth Blvd, Fort Worth, Texas 76135.

2.

Plaintiff, Teofilo Hernandez who is wheelchair bound because of medical conditions is a handicapped person; and had rolled himself into the restroom located on the premises at the subject Applebee's Grill and bar, in his wheelchair.

- 5 -

3.

The restroom did not have proper accommodations for handicapped people furthermore, the toilet seat was broken and there was no toilet seat on the commode and the floor was slippery and wet.

4.

While attempting to use the toilet Plaintiff suddenly unexpectedly and without warning lost his balance slipped off of the commode onto the floor and came crashing to the floor striking his arm and ribs causing serious bodily injury.

**5.**

Defendant, APPLEBEE'S RESTAURANTS LLC. employees had failed to repair the toilet seat which remained broken for several days after plaintiff's accident which took place December 25, 2019.

6.

Plaintiff, Teofilo Hernandez's trip and fall resulted from the failure to repair toilet seat and remove the water from the floor creating a hazardous condition for the handicapped negligently and recklessly overlooked by employees of APPLEBEE'S RESTAURANTS LLC.

**7.**

Defendant, APPLEBEE'S RESTAURANTS LLC. owed a duty of reasonable care to its invitees and the guests at the Applebee's Grill and Bar, located at 6301 Lake Worth Blvd, Fort Worth, Texas 76135 to properly repair the toilet and clean the bathroom and warn invitees and patrons of the dangerous condition; and Defendant was aware of the presence of the plaintiff by definition, an invitee.

**8.**

As such, Defendant, APPLEBEE'S RESTAURANTS LLC. owed Plaintiff the duty of reasonable care. Defendant, APPLEBEE'S RESTAURANTS LLC, Inc. knew or should have known that their failure to repair the toilet in the handicap bathroom and remove the water from the handicap bathroom stall created a dangerous condition for invitees and guest, specifically the handicapped who patronize their restaurant.

9.

Defendant, APPLEBEE'S RESTAURANTS LLC duty of reasonable care was breached when they failed to foresee the danger posed to invitees specifically the handicapped, for the broken toilet and the wet floor in the handicap stall.

10.

The subject broken toilet seat and wet floor in the handicap bathroom stall was a dangerous condition created by defendant's employees thereby constituting failure on the part of Defendant, APPLEBEE'S RESTAURANTS LLC. to act with ordinary care.

11.

Defendant, APPLEBEE'S RESTAURANTS LLC is liable unto Plaintiff for its own negligence, the negligence of their employees, which includes but is not limited to the following:

a. Failure to take the necessary precautions to avoid the incident made the basis of this litigation even after they knew or should have known;

b. Failure to make a timely installation of warning signs or postings informing invitees that a hazardous condition existed, transparent defectively improperly repositioning, repairing and replacing the toilet seat and cleaning the water from the floor in the handicapped stall;

c. Failure to exercise reasonable vigilance;

d. Failure to properly train and educate employees;

e. Negligent hiring of incompetent employees;

f. Failure to maintain things in their care, custody, and control;

g. Any and all other acts of negligence which might be shown at the time of this trial.

**12.**

As a result of the aforementioned negligence, Plaintiff Teofilo Hernandez slipped and fell causing serious injury to the following including but not limited to his ribs, arm, tail bone, lower back and neck and causing nerve damage headaches, dizziness; and ongoing treatment and physical therapy for cartilage damage, pain, along with reduced mobility permeant partial impairment. These injuries were proximately caused by negligence of the Defendant in not exercising ordinary care toward a foreseeably dangerous condition resulting in extensive medical treatment.

**13.**

Plaintiff Teofilo Hernandez are entitled to an amount in damages reasonably calculated to compensate him for injuries he sustained, including but not limited to;

a. Past, present and future mental pain, suffering and anguish;

b. Past, present and future physical pain and suffering and loss of function;

c. Past, present and future medical expenses;

d.  Loss of enjoyment of life;

e.  Loss of consortium in the for care, support and assistance; and

f.  Any and all other damages cognizable by the Constitution of the State of Texas and the United States Constitution.

**14.**

**WHEREFORE,** Plaintiff Teofilo Hernandez pray that Defendant, APPLEBEE'S RESTAURANTS LLC be duly cited and served with a copy of this Original Complaint for Damages, made to appear and answer same, and that after all legal delays and due proceedings had, there be judgment herein in favor of your Plaintiff, Plaintiff Teofilo Hernandez against Defendant, APPLEBEE'S RESTAURANTS LLC. for damages in a reasonable amount together with pre-judgment legal interest thereon from the date of filing of this premises liability claim, for all costs of these proceedings, including expert witness fees and reasonable attorney's fees and for all general and equitable relief.

*Respectfully submitted,*

DENNIS SPURLING PLLC
*Attorney at Law and Friends*

*/s/Dennis D. Spurling*

_____
DENNIS D. SPURLING
Bar No.: 24053909
J.P. Morgan Chase Building
3003 South Loop West, Suite 400
Houston, Texas 77054
ddspurling@dennisspurling.com
Tel. (713) 229-0770
Fax. (713) 229-8444
   *Attorney for Plaintiff, Teofilo Hernandez*

Service Information:

APPLEBEE'S RESTAURANTS LLC
Through its Agent for Service of Process:
Corporation Service Company dba
CSC - Lawyers Incorporating Service Company
211 E 7th Street, Suite 620
Austin, Texas 78701